*In re* **Huser**, Ronald Eric (MR 18241)
Scottsdale, AZ

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to

Supreme Court Rule 763 is allowed, and respondent Ronald Eric Huser, who has been disciplined in the State of Arizona, is censured in Illinois.